■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MING YUEN, Appellant. [663 NYS2d 994] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 18, 1995 *(People v Ming Yuen,* 222 AD2d 613), affirming a judgment of the County Court, Nassau County, rendered June 23, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Rosenblatt and Sullivan, JJ., concur.